IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DALLAS GENE ROY                                                                         PETITIONER
ADC #134765

VS.                            CASE NO. 5:17CV00216-JLH-BD

WENDY KELLEY, Director,
Arkansas Department of Correction                                                      RESPONDENT

## JUDGMENT

Pursuant to the Order entered separately today, this case is dismissed with prejudice.

IT IS SO ORDERED this 1st day of December, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE